# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.            Crim. No. 5:10-CR-100-2BO

Socrates David Lantigua

On August 17, 2010, the above named was placed on supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,            Respectfully submitted,

/s/Jeffrey L. Keller            /s/Maurice J. Foy
Jeffrey L. Keller            Maurice J. Foy
Supervising U.S. Probation Officer            Senior U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _10_ day of _September_, 2015.

Terrence W. Boyle
U.S. District Judge